Sally A Williams, SB No 129181
555 Soquel Avenue, Suite 380
Santa Cruz, CA 95062
Phone: 831.459.6096
Fax:    831.426.7068
Email: Sally_Williamslaw@yahoo.com

Attorneys for Defendants Rose Marie McCombs,
Claude McCombs, Ignacio Robles Barragan dba
Tacos El Grullense JAL #2 and Olivia Leonardo Robles
dba Tacos El Grullense JAL #2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>IGNACIO ROBLES BARRAGAN dba TACOS EL GRULLENSE JAL #2; OLIVIA LEONARDO ROBLES dba TACOS EL GRULLENSE JAL #2; CLAUDE L. McCOMBS, Trustee of the McCOMBS FAMILY TRUST , dated March 10, 1989; ROSE MARIE McCOMBS, Trustee of the McCOMBS FAMILY TRUST, dated March 10, 1989;<br><br>    Defendants. | Case No.: 1:14-CV-01868<br><br>**STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS; ORDER** |

   **WHEREAS**, Plaintiff and Defendants are presently engaging in settlement discussions, and Defendants have provided a CASp report to plaintiff and are evaluating which items identified therein are readily achievable to remove, and thereafter will continue to work with Plaintiff towards an informal of Plaintiff's equitable claims;

**WHEREAS**, the responsive pleading for Rose Marie McCombs, Claude McCombs, Ignacio Robles Barragan and Olivia Leonardo Robles are each due on January 28, 2015, and

**WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorneys' fees and costs which would be necessitated by filing responsive pleadings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that the deadline for Defendants to file their responsive pleadings shall be extended to February 10, 2015, which extension does not exceed 28 days.

**IT IS SO STIPULATED**.

Dated:  January 28, 2014         MOORE LAW FIRM, P.C.


BY:_____
Tanya E. Moore
Attorney for Plaintiff,
Ronald Moore


Dated:  January 28, 2015         LAW OFFICES OF SALLY A WILLIAMS


BY: _/s/*Sally A Williams*_____
Sally A Williams
Attorney for Defendants,
Rose Marie McCombs, Claude McCombs,
Ignacio Robles Barragan and
Olivia Leonardo Robles

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER**

**ORDER**

Based on the parties' stipulation (a fully executed copy of which is listed on the docket as ECF No. 10), the Court grants Defendants an extension of time to respond to the Complaint. Defendants shall file any responsive pleadings to the Complaint on or before February 10, 2015.

IT IS SO ORDERED.

Dated:   **January 28, 2015**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER**